Michael HARTOG, Plaintiff-Appellee, v. LUCKENBACH STEAMSHIP COMPANY, Defendant-Appellant.

No. 21.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Raymond Parmer, Vernon Sims Jones, and Walter X. Connor, all of New York City, of counsel), for appellant.

Lavenburg & Lavenburg, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.